UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTEL TALLEY et al., <br><br>                              Plaintiffs, <br><br> -v.- <br><br> DAVID C. BANKS et al., <br><br>                              Defendants. | 24 Civ. 02094 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

On April 5, 2024, Plaintiffs filed a proposed order that Defendants show cause why a preliminary injunction should not be entered granting the relief Plaintiffs are seeking in this matter. Upon review of Plaintiffs' supporting memorandum and exhibit, it is hereby ordered that opposition papers shall be filed no later than **Friday, April 19, 2024**, and Plaintiffs' reply, if any, shall be filed no later than **Friday, April 26, 2024**. Oral argument will take place by telephone on **Monday, May 6, 2024** at **11:30 a.m.**. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 783 476 241#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

It is further ORDERED that, **within two business days of the date of this Order**, Plaintiffs shall serve a copy of this Order on Defendants via overnight courier. **Within two business days of service**, Plaintiff shall file proof of such service on the docket.

SO ORDERED.

Dated: April 5, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge