**BRAIN INJURY RIGHTS GROUP**

Address: 300 E 95th St., Suite #130 New York, NY 10128
Telephone: 646.850.5035
Website: www.braininjuryrights.org

April 9, 2024

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Plaintiff's application to strike ECF No. 9 is GRANTED.  The Clerk of Court is directed to strike ECF No. 9 from the docket. If Plaintiff wishes, she may move to file the document currently filed as ECF No. 9 under seal using the procedures set forth in the Court's Individual Rules and Practices in Civil Cases.  SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: April 10, 2024

Re:   *Talley et al. v. Banks et al.*, 24-cv-02094 (JHR)

Dear Judge Rearden:

The undersigned represents the Plaintiff in the above-referenced matter.

On April 5, 2024, Plaintiff submitted a Motion for Preliminary Injunction, a Proposed Order to Show Cause, and a Declaration. [ECF Nos. 7-9]. Unfortunately, due to an oversight by the undersigned, the Declaration of Ataur Raquib [ECF No. 9], specifically Exhibit #1, was not properly marked or redacted to safeguard the privacy of Student A.C., who is a minor.

In light of this mistake, the undersigned now submits this letter, respectfully requesting Your Honor to strike [ECF No. 9] from the docket and allow the undersigned to refile their Declaration with Exhibit #1 marked or redacted to protect the name and identity of Student A.C., or in the alternative, seal attached Exhibit #1 to [ECF No. 9], together with such other relief as this Court should deem just and proper.

The Plaintiff thanks the Court for its consideration in this matter.

Respectfully submitted,

**Ataur Raquib, Esq.**

Ataur Raquib (5860523)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024
```

Cc:   All Counsel of Record via ECF.