UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTEL TALLEY et al.,

                Plaintiffs,

-v.-

DAVID C. BANKS et al.,

                Defendants.

24 Civ. 02094 (JHR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/2024

JENNIFER H. REARDEN, District Judge:

      On April 5, 2024, Plaintiffs filed a proposed order that Defendants show cause why a preliminary injunction should not be entered granting the relief Plaintiffs are seeking in this matter. *See* ECF No. 8. That same day, the Court set a briefing schedule and a show cause hearing date regarding the preliminary injunction. ECF No. 10. On April 9, 2024, the Court issued a supplemental order directing Plaintiffs to serve their motion for a preliminary injunction and supporting papers on Defendants. *See* ECF No. 11. On April 12, 2024, Plaintiffs filed proof of service. ECF No. 17.

      Upon review of Plaintiffs' supporting memorandum and exhibit, it is hereby ordered that opposition papers shall be filed no later than **Friday, April 26, 2024**, and Plaintiffs' reply, if any, shall be filed no later than **Friday, May 3, 2024**. Oral argument will take place by telephone on **Wednesday, May 8, 2024** at **11:30 a.m.** Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 783 476 241#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

      It is further ORDERED that, **within two business days of the date of this Order**, Plaintiffs shall serve a copy of this Order on Defendants via overnight courier. **Within two business days of service**, Plaintiffs shall file proof of such service on the docket.

SO ORDERED.

Dated: April 18, 2024
      New York, New York

_____<br>
JENNIFER H. REARDEN<br>
United States District Judge