**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SHANTEL TALLEY, as Parent and Natural Guardian of A.C., and SHANTEL TALLEY, Individually,

Plaintiffs,

-against-

24 **CIVIL** 2094 (LTS)

# **JUDGMENT**

KAMAR H. SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 6, 2026, the Court has granted Defendants' motion to dismiss the complaint and Plaintiff's motion for summary judgment is denied in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

August 12, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**